United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE B.G., as Guardian and Next
Friend of Minor Plaintiff, JANE DOE L.G.,

Plaintiff(s),

v.

ROBLOX CORPORATION,.

Defendant(s).

Case No. 3:25-cv-11058

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____Molly C. Wells_____, an active member in good standing of the bar of

_____Northern District of Illinois_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: JANE DOE B.G., as Guardian and Next Friend of Minor Plaintiff, JANE DOE L.G., in the

above-entitled action. My local co-counsel in this case is _____Sara D. Beller_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: _____316210_____.

| 200 West Madison Street, Suite 3400 | 800 N. Belcher Road |
| Chicago, IL 60606 | Clearwater FL 33765 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| | |
| 312-261-6193 | 727-451-6907 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| | |
| mcw@wallacemiller.com | sara.beller@dolmanlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: _____6320461_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___1___ times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 14th, 2026     Molly C. Wells     
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of   Molly C. Wells   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Exhibit A



**Attorney Registration and Disciplinary Commission**
**of the**
**Supreme Court of Illinois**
**www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
9/24/2025

Re: Molly Condon Wells
Attorney No. 6320461

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Molly Condon Wells was admitted to practice law in Illinois on 11/5/2015; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar