UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE B.G., as Guardian and Next
Friend of Minor Plaintiff, JANE DOE L.G.,

Plaintiff(s),

v.

ROBLOX CORPORATION,.

Defendant(s).

Case No. 3:25-cv-11058 TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, _____Molly C. Wells_____, an active member in good standing of the bar of _____Northern District of Illinois_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: JANE DOE B.G., as Guardian and Next Friend of Minor Plaintiff, JANE DOE L.G., in the above-entitled action. My local co-counsel in this case is _____Sara D. Beller_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: _____316210_____.

| | |
|---|---|
| 200 West Madison Street, Suite 3400 Chicago, IL 60606 | 3610 Central Ave., Suite 400 Riverside CA 92506 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 312-261-6193 | 727-451-6907 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mcw@wallacemiller.com | sara.beller@dolmanlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____6320461_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___1___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 21th, 2026

Molly C. Wells
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Molly C. Wells___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  January 21, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2